UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR221-0038

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of a Controlled |
| JAMES WILLIAM BYRD | ) Substance |
| | ) (Hydromorphone) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession of Controlled |
| | ) Substance with Intent to |
| | ) Distribute |
| | ) (Hydromorphone) |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Distribution of a Controlled Substance (Hydromorphone)*
21 U.S.C. § 841(a)(1)

On or about May 12, 2021, in Glynn County, within the Southern District of Georgia, the defendant,

**JAMES WILLIAM BYRD,**

did knowingly and intentionally distribute Hydromorphone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Distribution of a Controlled Substance (Hydromorphone)*
21 U.S.C. § 841(a)(1)

On or about June 3, 2021, in Camden County, within the Southern District of Georgia, the defendant,

### JAMES WILLIAM BYRD,

did knowingly and intentionally distribute Hydromorphone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
*Possession of Controlled Substance with Intent to Distribute*
*(Hydromorphone)*
21 U.S.C. § 841(a)(1)

On or about June 22, 2021, in Camden County, within the Southern District of Georgia, the defendant,

**JAMES WILLIAM BYRD,**

did knowingly and intentionally possess Hydromorphone, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A True Bill.

_____
/s/ David H. Estes
David H. Estes
Acting United States Attorney

_____
/s/ Matthew A. Josephson
Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel

_____
/s/ Karl Knoche
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

4