IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 2:21-cr-38 |
| JAMES WILLIAM BYRD, | |
| Defendant. | |

**O R D E R**

On November 22, 2021, the parties filed their Joint Status Report. Doc. 23. In that Report, the parties state that all pretrial motions filed in this case as to Defendant James William Byrd have been resolved. Accordingly, the Court **DENIES as moot** the motion, doc. 20, as to Defendant James William Byrd.

The Motions Hearing scheduled for December 3, 2021 at 10:00 a.m., Courtroom 1, Brunswick Federal Courthouse, as to Defendant James William Byrd is cancelled.

**SO ORDERED**, this 23rd day of November, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA